1
2
3
4
5
6
7               **UNITED STATES DISTRICT COURT**

8               **NORTHERN DISTRICT OF CALIFORNIA**

9               **SAN FRANCISCO DIVISION**

10
11  KURT OBAN PARTNERS, LLC,                    Case No. 13-cv-04337 NC

                    Plaintiff,
12
                                                **ORDER GRANTING IN PART**
13          v.                                  **PLAINTIFF'S MOTION TO**
                                                **CONTINUE INITIAL CASE**
    PANYU CHU KONG STEEL PIPE CO.,              **MANAGEMENT CONFERENCE**
14  LTD.,                                       **AND ADR DEADLINES**

15                  Defendant.
                                                Re: Dkt. No. 7
16

17
        On December 5, 2013, plaintiff moved the Court to continue the initial case
18
    management conference and ADR deadlines in this case by 90 days.  The Court GRANTS
19
    plaintiff's request for a continuance, but finds 90 days to be excessive.  The initial case
20
    management conference will be held on February 12, 2014.  The parties must consent or
21
    decline the jurisdiction of the undersigned magistrate judge by no later than February 5,
22
    2014.  The parties must also submit a joint case management statement by no later than
23
    February 5, 2014.
24
        IT IS SO ORDERED.
25
        Date:  December 5, 2013
26
                                            _____
27
                                            Nathanael M. Cousins
28                                          United States Magistrate Judge