UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KURT OBAN PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PANYU CHU KONG STEEL PIPE CO., LTD.,<br><br>Defendant. | Case No. 13-cv-04337 NC<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>Re: Dkt. No. 7 |

On December 5, 2013, plaintiff moved the Court to continue the initial case management conference and ADR deadlines in this case by 90 days. The Court GRANTS plaintiff's request for a continuance, but finds 90 days to be excessive. The initial case management conference will be held on February 12, 2014. The parties must consent or decline the jurisdiction of the undersigned magistrate judge by no later than February 5, 2014. The parties must also submit a joint case management statement by no later than February 5, 2014.

IT IS SO ORDERED.

Date:  December 5, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-04337
ORDER GRANTING IN PART
MOTION TO CONTINUE