UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KURT OBAN PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PANYU CHU KONG STEEL PIPE CO., LTD., <br><br> Defendant. | Case No. 13-cv-04337 NC <br><br> **ORDER GRANTING IN PART PLAINTIFF'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** <br><br> Re: Dkt. No. 9 |

   On January 27, 2014, plaintiff moved the Court to further continue the initial case management conference and ADR deadlines in this case by 150 days. The Court GRANTS plaintiff's request for a continuance, but DENIES the request insofar as it seeks a 150 day continuance, which the court deems to be excessively long. The initial case management conference will be held on May 14, 2014. The parties must submit a joint case management statement by no later than May 7, 2014. All other case management and ADR deadlines are continued accordingly.

   IT IS SO ORDERED.

   Date:   February 10, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-04337
ORDER GRANTING MOTION TO CONTINUE